UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:
Mary E. Sherbourne,

          Debtor

Bk. No.19-10021-BAH
Chapter 13

## SECOND AMENDED NOTICE TO ADDED CREDITORS

A bankruptcy case concerning the debtor(s) listed above was filed on January 7, 2019.  On February 3, 2019, the schedule or list of creditors filed by the debtor(s) was amended to include your name.

Among the documents attached to this notice is the Notice of Chapter 13 Bankruptcy Case provided to all creditors upon the filing of this case.  The Notice of Chapter 13 Bankruptcy case has important information about the case for creditors, including information about the meeting of creditors and deadlines.  Read both pages carefully.  Because you were added as a creditor after the commencement of this case, the meeting of creditors may have been held, and deadlines listed may be close or have already expired. **The deadlines applicable to you have been extended as set forth below.**

1.  Claims.

    ☐  This is a no asset case.  It is unnecessary to file a claim now.  If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

              or

    [x]  This is an asset case.  The deadline for you to file a proof of claim is extended to April 26, 2019.[1]  A proof of claim form may be obtained at www.uscourts.gov or on the court's web site at www.nhb.uscourts.gov.

2.  Discharge.  The deadline for you to file a complaint objecting to the discharge of the debtor(s) and/or to have a debt declared non-dischargeable has been extended to April 15, 2019.[2]

3.  Exemptions.  The deadline for you to object to an exemption in property claimed by the debtor(s) has been extended to March 18, 2019.[3]

Any documents must be filed by the above-stated deadlines with the Clerk, United States Bankruptcy Court, Warren B. Rudman U.S. Courthouse, 55 Pleasant Street, Room 200, Concord, NH 03301.

Date: February 14, 2019

        /s/ Mary E. Sherbourne
        Mary E. Sherbourne
        Debtor

        /s/William Bryk (BNH07686)
        Attorney for the Debtor

        William Bryk, Esq.
        Address: 444 Clinton Road
                  Antrim NH 03440-3510
        Tel. No.: (603) 588-2168

---

[1] If the meeting of creditors has been held, extend the deadline seventy (70) days from the date of the amendment for the added creditor. Otherwise, enter the date from the Notice of Bankruptcy Case.

[2] If the meeting of creditors has been held, extend the deadline sixty (60) days from the date of the amendment for the added creditor in Chapter 7, 12, 13, or 11 personal bankruptcy cases only. Otherwise, enter the date from the Notice of Bankruptcy Case. Not applicable to business cases.

[3] If the meeting of creditors has been held, extend the deadline thirty (30) days from the date of the amendment for the added creditor in Chapter 7, 12, 13, or 11 personal bankruptcy cases only. Otherwise, enter the date from the Notice of Bankruptcy Case. Not applicable to business cases.

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Mary E. Sherbourne** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court   **District of New Hampshire Live Database**

Case number:  **19-10021-BAH**

Social Security number or ITIN  **xxx–xx–9959**

EIN  _ _ – _ _ _ _ _ _ _

Social Security number or ITIN  _ _ _ _

EIN  _ _ – _ _ _ _ _ _ _

Date case filed for chapter 13  **January 7, 2019**

## Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Mary E. Sherbourne | |
| 2. | All other names used in the last 8 years | fka Mary E. Wardman | |
| 3. | Address | 111 Old Pound Road Antrim, NH 03440 | |
| 4. | Debtor's attorney Name and address | William Bryk 444 Clinton Road Antrim, NH 03440–3510 | Contact phone (603) 588–2168 Email: wmbryk@gmail.com |
| 5. | Bankruptcy trustee Name and address | Lawrence P. Sumski Trustee 1000 Elm Street 10th Floor Manchester, NH 03101 | Contact phone (603) 626–8899 Email: SumskiCh13@gmail.com |
| 6. | Bankruptcy clerk's office Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 55 Pleasant Street Room 200 Concord, NH 03301–3941 | Hours open: 8:30am–4:30pm Contact phone 603–222–2600 Date: January 8, 2019 |

For more information, see page 2

Debtor **Mary E. Sherbourne**                                                    Case number **19−10021−BAH**

| 7. Meeting of creditors Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 7, 2019 at 10:30 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **James C. Cleveland Federal Building, 53 Pleasant Street, Room 3124, Concord, NH 03301** |
|---|---|---|

**\*Please bring a valid photo ID and enter through the adjacent Warren B. Rudman Courthouse\***

| 8. Deadlines The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** | **Filing deadline: April 8, 2019** |
|---|---|---|
| | **You must file:** <br> • a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or <br><br> • a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: March 18, 2019** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: July 8, 2019** |
| | **Deadlines for filing proof of claim:** <br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.nhb.uscourts.gov or www.uscourts.gov or any bankruptcy clerk's office. <br> If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. <br> Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 9. Filing of plan | The debtor has not filed a plan as of this date. A copy of the plan and a notice of the hearing on confirmation will be sent separately. | |
| 10. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. Filing a chapter 13 bankruptcy case | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| 12. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| 13. Discharge of debts | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

Case No. 19-10021-BAH
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:

MARY E. SHERBOURNE
f/k/a MARY E. WARDMAN
111 Old Pound Road
Antrim NH 03440
SSN: xxx-xx-9959
Chapter 13

Debtor.

## STATEMENT IDENTIFYING THE SCHEDULE, STATEMENT, OR OTHER DOCUMENT BEING AMENDED AND STATING THE PURPOSE OF THE AMENDMENT

WILLIAM BRYK, Attorney for the Debtor, pursuant to LBR 1009 -1, as directed by the Court in its Notice of Defective Amendment to Schedules dated February 13, 2019, herewith submits this statement identifying the schedule, statement, or other document being amended or updated by the Debtor:

- Official Form 106E/F – Schedule E/F: Creditors Who Have Unsecured Claims
- Official Form 106Sum – Summary of Your Assets and Liabilities and Certain Statistical Information

The purpose of the amendment to Schedule E/F is to schedule non-priority unsecured claims found by the Attorney for the Debtor among the Debtor's financial records after the filing of the original matrix of creditors on January 7, 2019 and before the subsequent filing of the original Schedule E/F on January 26, 2019.

Bank of America
Attn: Bankruptcy Dept.
100 North Tryon Street
Charlotte NH 28255

Last four digits of account number 4918
The debt was incurred on or before November 22, 2017
Total claim: $14,739.36.

This claim had been listed in the original matrix of creditors so as to appear to have been made by the Law Offices of Howard Lee Schiff, P.C., attorneys for the creditor Bank of America, rather than the creditor Bank of America.

The following creditors were not listed in the original matrix of creditors filed on January 7, 2019 but were listed in the original Schedule E/F filed on January 26, 2019.

Dartmouth-Hitchcock
1 Medical Center Drive
Lebanon NH 03756

Last four digits of account number 8362
The debt being incurred on or before March 6, 2018
Total claim $75.94.

Monadnock Community Hospital
Attn: Patient Accounts
452 Old Street Road
Peterborough NH 03458

Last four digits of account number 7000
The debt being incurred on or before April 2017
Total claim $183.60.

Monadnock Community Hospital
Attn: Patient Accounts
452 Old Street Road
Peterborough NH 03458

Last four digits of account number 0001
The debt being incurred on or before April 11, 2017
Total claim $121.25

Monadnock Community Hospital
PO Box 746
Nashua NH 03061

Last four digits of account number 0001
The debt being incurred on or about April 11, 2018
Total claim $112.76.

Monadnock Community Hospital
PO Box 746
Nashua NH 03061

Last four digits of account number 0001
The debt being incurred on or about May 9, 2018
Total claim $24.60.

New Hampshire Derm Clinic PLLC
454 Old Street Road
Suite 302
Peterborough NH 03458

Last four digits of account number 893
The debt being incurred on or about October 26, 2017
Total claim $56.35.

The purpose of filing an updated Summary of Assets and Liabilities is to comply with the
Court's Notice of Defective Amendment to Schedules, dated February 13, 2019, which, *inter
alia*, demanded an updated Summary of Assets and Liabilities. The updated Summary, printed
on February 14, 2019, is unchanged from the Summary filed on January 27, 2019.

Dated: Antrim, New Hampshire
February 14, 2019

/s/ Mary E. Sherbourne
MARY E. SHERBOURNE
Debtor

/s/ William Bryk
WILLIAM BRYK (BNH07686)
Attorney for the Debtor
444 Clinton Road
Antrim NH 03440-3510
Telephone: (603) 588-2168
Email: wmbryk@gmail.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:

Mary E. Sherbourne,

          Debtor

Bk. No.19-10021-BAH
Chapter 13

## SECOND AMENDED AMENDMENT COVER SHEET

An amendment to the following petition, lists, schedules or statements is transmitted herewith:

_____ Voluntary Petition
_____ Statement About Your Social Security Number[1]
_____ Statement of Financial Affairs
_____ Schedule A/B – Property[2]
_____ Schedule C – Property You Claim as Exempt
_____ Schedule D – Creditors Who Have Claims Secured by Property[2,3]
__X__ Schedule E/F – Creditors Who Have Unsecured Claims[2,3]
_____ Schedule G – Executory Contracts and Unexpired Leases
_____ Schedule H – Co-Debtors
_____ Schedule I – Your Income[2,4]
_____ Schedule J – Your Expenses[2,4]
_____ Form 122A-1 (Chapter 7 Statement of Your Current Monthly Income)[2]
_____ Form 122A-1Supp (Statement of Exemption from Presumption of Abuse Under § 707(b)(2))
_____ Form 122A-2 (Means Test Calculation)
_____ Form 122B (Chapter 11 Statement of Your Current Monthly Income)[2]
_____ Form 122C-1 (Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period)[2]
_____ Form 122C-2 (Chapter 13 Calculation of Your Disposable Income)
_____ Summary of Assets and Liabilities
_____ List of Creditors[3]
_____ Statement of Intention for Individuals Filing Under Chapter 7
_____ List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders in Chapter 9 or 11 Cases
_____ Disclosure of Compensation of Attorney for Debtor
__X__ Other [Please specify: Updated Summary of Assets and Liabilities]

In connection with the filing of this amendment, I acknowledge that I have read and understood the terms of *LBR 1009-1*.

Date: February 14, 2019

        /s/ Mary E. Sherbourne
        Mary E. Sherbourne
        Debtor

        /s/William Bryk (BNH07686)
        Attorney for the Debtor

        William Bryk, Esq.
        Address: 444 Clinton Road
                Antrim NH 03440-3510
        Tel. No.: (603) 588-2168

---

[1] Amendment of the debtor's Social Security number requires that an amended *LBF 5005-4* or Official Bankruptcy Form 121 — Statement About Your Social Security Numbers be submitted to the clerk's office, in addition to the filing of the amendment. The amendment must comply with the final four digit Social Security number requirement of Bankruptcy Rule 1005, while the copy mailed to affected parties must list the complete Social Security number.

[2] Attach Summary of Assets and Liabilities.

[3] Fee submitted for Amendment to Schedules D, E/F or the List of Creditors. *No fee is required to change the address of a creditor or to add the name and address of an attorney for a listed creditor.*

[4] Any amendment to Schedule I requires an amendment to Schedule J. Schedule I must always be filed with any amendment to Schedule J.

LBF 1009-1A (Eff. 11/1/16)

**Fill in this information to identify your case:**

| Debtor 1 | Mary E. Sherbourne | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of New Hampshire

Case number (if known)  19-10021

☑ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* Do not include any needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1:  List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | | Last 4 digits of account number ____ | $_____ | $_____ | $_____ |
| | Priority Creditor's Name | When was the debt incurred? _____ | | | |
| | Number       Street | | | | |
| | | As of the date you file, the claim is: Check all that apply. | | | |
| | City       State   ZIP Code | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | **Who incurred the debt?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another | **Type of PRIORITY unsecured claim:**<br>☐ Domestic support obligations<br>☐ Taxes and certain other debts you owe the government<br>☐ Claims for death or personal injury while you were intoxicated | | | |
| | ☐ Check if this claim is for a community debt | ☐ Other. Specify | | | |
| | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | | | |
| 2.2 | | Last 4 digits of account number ____ | $_____ | $_____ | $_____ |
| | Priority Creditor's Name | When was the debt incurred? _____ | | | |
| | Number       Street | | | | |
| | | As of the date you file, the claim is: Check all that apply. | | | |
| | City       State   ZIP Code | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | **Who incurred the debt?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another | **Type of PRIORITY unsecured claim:**<br>☐ Domestic support obligations<br>☐ Taxes and certain other debts you owe the government<br>☐ Claims for death or personal injury while you were intoxicated | | | |
| | ☐ Check if this claim is for a community debt | ☐ Other. Specify | | | |
| | **Is the claim subject to offset?**<br>☐ No<br>Yes | | | | |

Debtor 1  Mary E. Sherbourne
First Name   Middle Name   Last Name

Case number (if known) 19-10021

---

### Part 2:  List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | | Total claim |
|---|---|---|---|---|
| **4.1** | Bank of America | | | |

Nonpriority Creditor's Name

Attn: Bankruptcy Dept.
Number   Street
100 North Tryon Street

| Charlotte | NC | 28255 |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  4918

When was the debt incurred?   11/22/2017

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Credit Card Debt

$ 14,739.36

---

| **4.2** | Central Financial Control | | | $595.31 |
|---|---|---|---|---|

Nonpriority Creditor's Name

Attn: Collection Dept.
Number   Street
PO Box 660873

| Dallas | TX | 75266-0873 |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  2124,1170,5962

When was the debt incurred?   06/2017

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Medical Services

---

| **4.3** | Concord Hospital | | | $20.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

Attn: Patient Accounts
Number   Street
250 Pleasant Street

| Concord | NH | 03301-7539 |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

When was the debt incurred?   12/2017

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Medical Services

---

Debtor 1   Mary E. Sherbourne
          First Name   Middle Name          Last Name                                    Case number (if known) 19-10021

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

---

**4.4**

| | | |
|---|---|---|
| Concord Hospital Family Health Center | | **Total claim** |

Nonpriority Creditor's Name

Attn: Patient Accounts

Number    Street
15 Antrim Road

Hillsboro                    NH       03244
City                        State    ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Medical Services

$ Unknown

---

**4.5**

DIRECTV

Nonpriority Creditor's Name

Attn: Collection Dept.

Number    Street
PO Box 6550

Greenwood Village            CO       80155-6550
City                        State    ZIP Code
Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? 12/2017

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Cable / Satellite Services

$ 150.00

---

**4.6**

Dartmouth-Hitchcock

Nonpriority Creditor's Name

1 Medical Center Drive

Number    Street

Lebanon                      NH       03756
City                        State    ZIP Code
Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number 8362

When was the debt incurred? 03/6/2018

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Medical Services

$ 75.94

---

Debtor 1    Mary E. Sherbourne

First Name    Middle Name    Last Name

Case number *(if known)* 19-10021

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

**3.  Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.**

---

**4.7** Enterprise Rent-a-Car

Nonpriority Creditor's Name

Attn: Accts Receivable

Number    Street
10 Navigator Road

Londonderry        NH        03053
City                State     ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

|  | **Total claim** |
|---|---|
| Last 4 digits of account number  2N5G | $ 160.19 |

When was the debt incurred?    11/2017

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

---

**4.8** Eversource

Nonpriority Creditor's Name

Attn: Bankruptcy Dept.

Number    Street
PO Box 650047

Dallas        TX        75266-0047
City            State     ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  1087     $ 199.22

When was the debt incurred?    12/2017

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Utility Services

---

**4.9** Fingerhut

Nonpriority Creditor's Name

Attn: Billing Dept.

Number    Street
6250 Ridgewood Road

Saint Cloud        MN        56303
City                State     ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number     $ 300.00

When was the debt incurred?    12/2017

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Suppliers and Vendors

---

Debtor 1     Mary E. Sherbourne
            First Name    Middle Name         Last Name                          Case number (if known)  19-10021

## Part 2:   List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

---

### 4.10   HCS Preferred Care

Nonpriority Creditor's Name

Attn: Patient Accounts
Number     Street
PO Box 564

Keene                          NH       03431
City                           State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  E440

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical Services

**Total claim**

$ 17.90

---

### 4.11   Monadnock Community Hospital

Nonpriority Creditor's Name

Attn: Patient Accounts
Number     Street
452 Old Street Road

Peterborough                   NH       03458
City                           State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  7000

**When was the debt incurred?**  04/2017

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical Services

$ 183.60

---

### 4.12   Monadnock Community Hospital

Nonpriority Creditor's Name

452 Old Street Road
Number     Street

Peterborough                   NH       03458
City                           State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  0001

**When was the debt incurred?**  04/11/2018

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical Services

$ 121.25

---

Debtor 1    Mary E. Sherbourne
            First Name    Middle Name    Last Name                    Case number (if known)  19-10021

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

---

**4.13**  Monadnock Community Hospital

Nonpriority Creditor's Name

PO Box 746

Number        Street

Nashua                          NH      03061
City                            State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  0001

**When was the debt incurred?**    04/11/2018

**Total claim**  $ 112.76

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical Services

---

**4.14**  Monadnock Community Hospital

Nonpriority Creditor's Name

Attn: Patient Accounts

Number        Street
PO Box 746

Nashua                          NH      03061
City                            State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  7000

**When was the debt incurred?**    08/2017

$ 230.60

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical Services

---

**4.15**  Monadnock Community Hospital

Nonpriority Creditor's Name

PO Box 746

Number        Street

Nashua                          NH      03061
City                            State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  0001

**When was the debt incurred?**    05/09/2018

$ 24.60

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical Services

---

Debtor 1    Mary E. Sherbourne
            First Name    Middle Name    Last Name

Case number (if known) 19-10021

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | | | **Total claim** |
|---|---|---|---|---|---|

**4.16**    New England Wireless

Nonpriority Creditor's Name

Attn: Collection Dept.

Number    Street
276 West Main Street

| Hillsboro | NH | 03244 |
|---|---|---|
| City | State | ZIP Code |

Last 4 digits of account number  6752

When was the debt incurred?  03/2017

$ 201.18

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Telephone / Internet services

**4.17**    New Hampshire Derm Clinic PLLC

Nonpriority Creditor's Name

454 Old Street Road

Number    Street
Suite 302

| Newton | MA | 02458 |
|---|---|---|
| City | State | ZIP Code |

Last 4 digits of account number  893

When was the debt incurred?  10/26/2017

$ 56.35

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical Services

**4.18**    North Meadow Family Health

Nonpriority Creditor's Name

Attn: Patient Accounts

Number    Street
154 Hancock Rd, Rt 202 North

| Peterborough | NH | 03458 |
|---|---|---|
| City | State | ZIP Code |

Last 4 digits of account number

When was the debt incurred?

$ Unknown

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical Services

Debtor 1    Mary E. Sherbourne
            First Name    Middle Name    Last Name                    Case number (if known)  19-10021

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ☑ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| 4.19 | Rymes Propane & Oil | | | | Total claim |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

Attn: Consumer Bankruptcy

Number     Street
PO Box 2948

Concord                    NH    03302-2948
City                       State    ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  2994          $ 218.64

When was the debt incurred?   12/2017

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Utility Services

| 4.20 | Strata Pathology Services |
|---|---|

Nonpriority Creditor's Name

Attn: Collection Dept.

Number     Street
PO Box 417436

Boston                     MA    02241-7436
City                       State    ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  6288          $ 30.28

When was the debt incurred?   11/2017

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical Services

| 4.21 | TDS Telecom |
|---|---|

Nonpriority Creditor's Name

Attn: Collection Dept.

Number     Street
PO Box 94510

Palatine                   IL    60094
City                       State    ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number                $ 400.00

When was the debt incurred?   12/2017

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Telephone / Internet services

Debtor 1   Mary E. Sherbourne

First Name   Middle Name   Last Name

Case number (if known) 19-10021

## Part 2:   List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | | Total claim |
|---|---|---|---|---|
| **4.22** | **U.S. Cellular** | | | |

| | | |
|---|---|---|
| Nonpriority Creditor's Name | Last 4 digits of account number 1307 | $ 253.01 |
| Attn: Billing Dept. | When was the debt incurred? 06/2017 | |

Number   Street

Dept. 0205

| | | | |
|---|---|---|---|
| Palatine | IL | 60055-0205 | As of the date you file, the claim is: Check all that apply. |

City   State   ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

✔ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Telephone / Internet services

---

| | |
|---|---|
| | Last 4 digits of account number |
| Nonpriority Creditor's Name | When was the debt incurred? |

Number   Street

As of the date you file, the claim is: Check all that apply.

City   State   ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☐ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

$

---

| | |
|---|---|
| | Last 4 digits of account number |
| Nonpriority Creditor's Name | When was the debt incurred? |

Number   Street

As of the date you file, the claim is: Check all that apply.

City   State   ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☐ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

$

Debtor 1    Mary E. Sherbourne
            First Name    Middle Name    Last Name                    Case number (if known) 19-10021

## Part 3:    List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

Balanced Healthcare Receivables Collection Dept.
Name

164 Burke Street
Number    Street
Suite 201

Nashua                    NH         03060
City                      State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _4.11_ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  8590

---

Balanced Healthcare Receivables Collection Dept.
Name

164 Burke Street
Number    Street
Suite 201

Nashua                    NH         03060
City                      State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _4.14_ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☑ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number    2865

---

Convergent Outsourcing Inc.
Name

800 SW 39th Street
Number    Street
PO Box 9004

Renton                    WA         98057
City                      State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _4.22_ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☑ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number    0124

---

Dartmouth Hitchcock Patient Accounts
Name

1 Medical Center Drive
Number    Street

Lebanon                   NH         03756
City                      State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _4.2_ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☑ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number    8824

---

Law Offices Howard Lee Schiff, PC, Attn: Karen J. Wisniowski, E
Name

PO Box 280245
Number    Street

East Hartford             CT         06128
City                      State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _4.1_ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☑ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number    0071

---

Name

Number    Street

City                      State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☐ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number

---

Name

Number    Street

City                      State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☐ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number

---

Debtor 1    Mary E. Sherbourne

First Name    Middle Name    Last Name

Case number *(if known)* 19-10021

---

## Part 4:   Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $ 0.00 |
|  | 6b. **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
|  | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
|  | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $ 0.00 |
|  | 6e. **Total.** Add lines 6a through 6d. | 6e. | $ 0.00 |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $ 0.00 |
|  | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
|  | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
|  | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $ 18,090.19 |
|  | 6j. **Total.** Add lines 6f through 6i. | 6j. | $ 18,090.19 |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Mary E. Sherbourne | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of New Hampshire

Case number   19-10021
              (If known)

☑ Check if this is an
amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*..................................................... | $ 144,700.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*............................................. | $ 243,849.96 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*..................................................... | $ 388,549.96 |

### Part 2:   Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ............ | $ 134,911.21 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.......................................... | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*....................................... | + $ 18,090.19 |
| **Your total liabilities** | $ 153,001.40 |

### Part 3:   Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*............................................................................... | $ 1,273.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J* ...................................................................................... | $ 2,130.64 |

| Debtor 1 | Mary E. Sherbourne | | | Case number (if known) | 19-10021 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."* 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

   $ _____ 0.00

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ _____ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ _____ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ 0.00 |

Case No. 19-10021-BAH
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:

MARY E. SHERBOURNE
f/k/a MARY E. WARDMAN
111 Old Pound Road
Antrim NH 03440
SSN: xxx-xx-9959
Chapter 13

Debtor.

## SUPPLEMENT TO THE LIST OF CREDITORS

WILLIAM BRYK, Attorney for the Creditor, pursuant to LBR 1009 -1 (c) (4), herewith submits a supplement to the list of creditors that includes the names and addresses of the creditors added, which supplement conforms to the requirements of LBR 1007-2.

Dated: Antrim, New Hampshire
February 14, 2019

WILLIAM BRYK (BNH07686)
Attorney for the Debtor
444 Clinton Road
Antrim NH 03440-3510
Telephone: (603) 588-2168
Email: wmbryk@gmail.com

Dartmouth-Hitchcock
1 Medical Center Drive
Lebanon NH 03756

Harmon Law Offices, P.C.
150 California Street
Newton MA 02358

Hillsborough County Sheriff's Office: Attn: D
329 Mast Road
Suite 109
Goffstown NH 03045

Hillsborough Superior Court North: Attn: Dock
300 Chestnut Street
Manchester NH 03101

Internal Revenue Service
80 Daniel Street
PO Box 9502
Portsmouth NH 03802

Monadnock Community Hospital
PO Box 746
Nashua NH 03061

New Hampshire Derm Clinic PLLC
454 Old Street Road
Suite 3092
Newton MA 02458

Town of Antrim: Attn: Tax Collector
66 Main Street
PO Box 517
Antrim NH 03440

Welts, White & Fontaine, P.C.
29 Factory Street
PO Box 507
Nashua NH 03061

Case No. 19-10021-BAH
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:

MARY E. SHERBOURNE
f/k/a MARY E. WARDMAN
111 Old Pound Road
Antrim NH 03440
SSN: xxx-xx-9959
Chapter 13

Debtor.

## CERTIFICATE OF SERVICE

WILLIAM BRYK, Attorney for the Debtor, pursuant to LBR 1009 -1 (c) (5), herewith submits this certificate of service stating that a Second Amended Notice to Added Creditors, Notice of Chapter 13 Bankruptcy Case, Statement Identifying the Schedule, Statement, or Other Document Being Amended and Stating the Purpose of the Amendment, Second Amended Amendment Cover Sheet, Amended Schedule E/F, Amended Summary of Your Assets and Liabilities and Certain Statistical Information, and Supplement to the List of Creditors has been served upon the following creditors added as required by Bankruptcy  Rule 1009 and LBR 1009-1(f).

Dated: Antrim, New Hampshire
February 16, 2019

WILLIAM BRYK (BNH07686)
Attorney for the Debtor
444 Clinton Road
Antrim NH 03440-3510
Telephone: (603) 588-2168
Email: wmbryk@gmail.com

Dartmouth-Hitchcock
1 Medical Center Drive
Lebanon NH 03756

Harmon Law Offices, P.C.
150 California Street
Newton MA 02358

Hillsborough County Sheriff's Office: Attn: D
329 Mast Road
Suite 109
Goffstown NH 03045

Hillsborough Superior Court North: Attn: Dock
300 Chestnut Street
Manchester NH 03101

Internal Revenue Service
80 Daniel Street
PO Box 9502
Portsmouth NH 03802

Monadnock Community Hospital
PO Box 746
Nashua NH 03061

New Hampshire Derm Clinic PLLC
454 Old Street Road
Suite 3092
Newton MA 02458

Town of Antrim: Attn: Tax Collector
66 Main Street
PO Box 517
Antrim NH 03440

Welts, White & Fontaine, P.C.
29 Factory Street
PO Box 507
Nashua NH 03061